IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE L. JOHNSON,

    Plaintiff,

v.                      CASE NO. 4:08cv274-RH/WCS

AVENTIS BEHRING,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 9) and the objections (documents 13 and 16). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The complaint is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk must enter judgment, note that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and close the file.

SO ORDERED on November 14, 2008.

                                        s/Robert L. Hinkle
                                        Chief United States District Judge